IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nowells, Darla Michelle

Printed: 3/25/08

Case Number: 04 B 04212
Judge: Hollis, Pamela S
Filed: 2/4/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 26, 2007
Confirmed: April 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,700.00 |  |
| Secured: |  | 13,788.58 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,600.00 |
| Trustee Fee: |  | 847.86 |
| Other Funds: |  | 463.56 |
| Totals: | 17,700.00 | 17,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | Wickes Furniture | Secured | 2,207.16 | 1,130.77 |
| 3. | American General Finance | Secured | 110.59 | 64.33 |
| 4. | Nissan Motor Acceptance Corporation | Secured | 17,986.21 | 12,593.48 |
| 5. | American General Finance | Unsecured | 48.23 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 222.50 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 630.97 | 0.00 |
| 8. | T Mobile USA | Unsecured | 7.82 | 0.00 |
| 9. | T Mobile USA | Unsecured | 53.22 | 0.00 |
| 10. | American Express Travel Relate | Unsecured | 112.61 | 0.00 |
| 11. | Nissan Motor Acceptance Corporation | Unsecured | 170.50 | 0.00 |
| 12. | Mortgage Clearing Corp | Secured |  | No Claim Filed |
| 13. | Kevin L String Co M LPA | Unsecured |  | No Claim Filed |
| 14. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,149.81 | $ 16,388.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 139.55 |
| 6.5% | 255.22 |
| 3% | 45.26 |
| 5.5% | 241.10 |
| 5% | 67.38 |
| 4.8% | 72.47 |
| 5.4% | 26.88 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nowells, Darla Michelle

Printed:  3/25/08

Case Number:  04 B 04212
Judge:  Hollis, Pamela S
Filed:  2/4/04

_____
$ 847.86

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

